1  Joel E. Tasca
   Nevada Bar No. 14124
2  Lindsay Demaree
   Nevada Bar No. 11949
3  BALLARD SPAHR LLP
   100 North City Parkway, Suite 1750
4  Las Vegas, Nevada 89106
   Telephone: (702) 471-7000
5  Facsimile: (702) 471-7070
   E-mail:  tasca@ballardspahr.com
6  E-mail:  demareel@ballardspahr.com

7  *Attorneys for Defendant Chase Bank USA, N.A. (incorrectly named as "JPMorgan Chase Bank, National Association (aka Chase)")*

8

9

10

11

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| MICHAEL CALKINS, | CASE NO. 2:17-CV-00635-JCM-NJK |
|---|---|
| Plaintiff, | |
| v. | **STIPULATION AND ORDER TO EXTEND TIME FOR CHASE BANK USA, N.A. TO RESPOND TO PLAINTIFF'S COMPLAINT** |
| JP MORGAN CHASE BANK, N.A. (aka CHASE) and EXPERIAN INFORMATION SERVICES, INC., | |
| Defendants. | (First Request) |

Defendant Chase Bank USA, N.A.'s (incorrectly named as "JP MORGAN CHASE BANK, N.A. (aka CHASE)") ("Chase") response to plaintiff Michael Calkin's complaint currently is due on March 24, 2017.  Plaintiff and Chase agree that Chase has up to and including April 7, 2017 to respond to the complaint, to provide time for Chase to investigate plaintiff's allegations and the possibility of an early resolution of the claims asserted against Chase.

/ / /

/ / /

/ / /

DMWEST #16360653 v1


This is the first request for such an extension, and it is made in good faith and not for purposes of delay.

DATED this 23rd day of March, 2017.

| BALLARD SPAHR LLP | THE LAW OFFICE OF VERNON NELSON |
|---|---|
| By: /s/ Lindsay Demaree<br>Joel E. Tasca<br>Nevada Bar No. 14124<br>Lindsay Demaree<br>Nevada Bar No. 11949<br>100 North City Parkway, Suite 1750<br>Las Vegas, Nevada 89106<br><br>*Attorneys for Defendant Chase Bank USA, N.A. (incorrectly named as "JPMorgan Chase Bank, National Association (aka Chase)")* | By: /s/ Vernon A. Nelson Jr.<br>Vernon A. Nelson, Jr.<br>Nevada Bar No. 6434<br>9480 South Eastern Ave.<br>Suite 244<br>Las Vegas, Nevada 89123<br><br>*Attorney for Plaintiff* |

IT IS SO ORDERED.
Dated: March 24, 2017

_____
United States Magistrate Judge

DMWEST #16360653 v1