**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| MICHAEL CALKINS, | ) |
|                Plaintiff(s), | ) |
| v. | ) |
| JPMORGAN CHASE BANK, N.A, et al., | ) |
|                Defendant(s). | ) |

Case No. 2:17-cv-00635-JCM-NJK

ORDER

(Docket No. 18)

      Before the Court is Plaintiff and Defendants Experian Information Solutions, Inc. and Chase Bank USA, N.A.'s notice of settlement. Docket No. 18. The Court **ORDERS** the parties to file a stipulation of dismissal no later than December 28, 2017.

      IT IS SO ORDERED.

      DATED: November 13, 2017

_____
Nancy J. Koppe
United States Magistrate Judge