VERNON A. NELSON, JR., ESQ.
Nevada Bar No.: 6434
THE LAW OFFICE OF VERNON NELSON
9480 S. Eastern Avenue, Suite 252
Las Vegas, NV 89123
Tel.: 702-476-2500
Fax.: 702-476-2788
E-mail: vnelson@nelsonlawfirmlv.com
*Attorney for Plaintiff Michael Calkins*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| MICHAEL CALKINS,<br><br>    Plaintiff,<br><br>v.<br><br>JPMORGAN CHASE BANK, N.A (aka CHASE), and EXPERIAN INFORMATION SERVICES, INC.<br><br>    Defendants. | Case No.: 2:17-cv-00635-JCM-NJK<br><br>**STIPULATION AND ORDER TO DISMISS CHASE BANK USA, N.A. (incorrectly named as JP MORGAN CHASE BANK, N.A. aka CHASE) AND EXPERIAN INFOMRATION SERVICESWITH PREJUDICE** |

Upon agreement between Plaintiff MICHAEL CALKINS ("Plaintiff") and Defendants CHASE BANK USA, N.A. (incorrectly named as JPMORGAN CHASE BANK, N.A. aka CHASE) and EXPERIAN INFORMATION SERVICES, INC. ("Defendants"):

IT IS HEREBY STIPULATED that the Defendants, CHASE BANK USA, N.A. (incorrectly named as JPMORGAN CHASE BANK, N.A. aka CHASE) and EXPERIAN INFORMATION SERVICES, INC.,

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

1 / / /

shall be dismissed from this action, with prejudice.

DATED this 28TH day of December, 2017     DATED this 28TH day of December, 2017

THE LAW OFFICE OF VERNON NELSON     BALLARD SPAHR, LLP

 /s/ Vernon A. Nelson                                         /s/ Joel E. Tasca
VERNON A. NELSON, JR., ESQ.          JOEL E. TASCA, ESQ
Nevada Bar No.: 6434                          Nevada Bar No. 14124
9480 S. Eastern Avenue, Suite 252          LINDSAY DEMAREE, ESQ.
Las Vegas, NV 89123                            Nevada Bar No. 11949
T: 702-476-2500 | F: 702-476-2788       100 North City Parkway Suite 1750
E-mail: vnelson@nelsonlawfirmlv.com   Las Vegas, Nevada 89106
Attorneys for Plaintiff Michael Calkins     Telephone: (702) 471-7000
                                                              Facsimile: (702) 471-7070
                                                              Email: tasca@ballardspahr.com
                                                              Email: demareel@ballardspahr.com
                                                              *Attorneys for Defendant Chase Bank USA, N.A. (incorrectly named as JPMORGAN CHASE BANK N.A. (aka Chase))*

DATED this 28TH day of December, 2017

NAYLOR & BRASTER

 /s/ Jennifer L. Braster
JENNIFER L. BRASTER, ESQ.
Nevada Bar No. 9982
NAYLOR & BRASTER
1050 Indigo Drive, Suite 200
Las Vegas, NV 89145
(T) (702) 420-7000
(F) (702) 420-7001
jbraster@naylorandbrasterlaw.com
*Attorneys for Defendant
Experian Information Solutions, Inc..*

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT JUDGE
DATED: January 4, 2018

CASE NO. 2:17-cv-00635-JCM-NJK

2